Steven J. Luckner, Esq.
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
steven.luckner@ogletree.com
*Attorney for Defendant Hyundai Motor America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CARLOS HERRERA, on behalf of himself and all others similarly situated, | : | Civil Action No. 2:23-cv-04138 |
| | : | *Civil Action* |
| Plaintiff, | : | |
| | : | **APPLICATION AND ORDER** |
| v. | : | **FOR EXTENSION OF TIME TO** |
| | : | **ANSWER, MOVE, OR OTHERWISE** |
| HYUNDAI MOTOR AMERICA, | : | **RESPOND TO PLAINTIFF'S** |
| | : | **COMPLAINT PURSUANT TO** |
| Defendant. | : | **LOCAL CIVIL RULE 6.1(b)** |

Defendant Hyundai Motor America ("Defendant"), through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby applies pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending by fourteen (14) days the time within which Defendant may answer, move, or otherwise respond to the Complaint of plaintiff Carlos Herrera ("Plaintiff"). In support of the instant application, Defendant states:

1. No previous request for an extension has been requested or obtained by Defendant from this Court.

2. Service of process was effected on Defendant on July 3, 2023.

3. A Notice and Petition for Removal was electronically filed with this Court, simultaneously with this application, on August 2, 2023.

4. Defendant's time to answer, move or otherwise respond to the Complaint currently expires on August 9, 2023, seven (7) days after filing the Notice and Petition for Removal. Fed. R. Civ. P. 81(c)(2)(C).

5. Pursuant to the automatic Local Civil Rule 6.1(b) extension, Defendant's deadline to answer, move or otherwise respond to the Complaint is extended for a period of fourteen (14) days up to and including **August 23, 2023**.

    Respectfully submitted,

    **OGLETREE, DEAKINS, NASH,**
    **SMOAK & STEWART, P.C.**
    *Attorneys for Defendant*

By:    /s/ *Steven J. Luckner*
        Steven J. Luckner, Esq.
        10 Madison Avenue, Suite 400
        Morristown, New Jersey 07960
        Telephone: (973) 656-1600
        Facsimile: (973) 656-1611
        steven.luckner@ogletree.com

Date: August 2, 2023

## **ORDER**

The foregoing application is GRANTED and the time within which Defendant may answer, move, or otherwise reply to the Complaint is extended to August 23, 2023.

By: _____
        Deputy Clerk

Dated: _____